No. 956. HARTFORD TRANSPORTATION CO. *v.* LEE TRANSIT CORP. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles W. Hagen* for petitioner. *Mr. Robert S. Hume* for respondent.

No. 962. OLIVER-SHERWOOD CO. ET AL. *v.* PATTERSON BALLAGH CORP. ET AL. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. A. W. Boyken* and *Benjamin F. Bledsoe* for petitioners. *Messrs. Ford W. Harris, Frederick S. Lyon* and *Leonard S. Lyon* for respondents.

No. 968. AMERICAN LECITHIN CO. *v.* J. C. FERGUSON MFG. WORKS, INC. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Edward G. Curtis* and *Daniel L. Morris* for petitioner. *Messrs. Russell Wiles* and *George A. Chritton* for respondent.

No. 977. STOODY CO. *v.* MILLS-ALLOYS, INC. ET AL. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Fred H. Miller, Charles C. Montgomery,* and *William Stanley* for petitioner. *Mr. John Flam* for respondents.

No. 980. McALVAY ET AL. *v.* STOCKWELL ET AL. May 23, 1938. See *ante*, p. 547.

No. 1018. EX PARTE TINKOFF. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals